LUCY GUADAGNO, Respondent, v. MARIA GUADAGNO and Another, Appellants.

— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.